# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fair Market Housing Coalition, | No. CV-19-04665-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| United States Department of the Interior, | |
| Defendant. | |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation, recommending that the Court dismiss without prejudice the Complaint pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 10.) Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

## I. LEGAL STANDARD

When reviewing a Magistrate Judge's Report and Recommendation, the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Parties have fourteen days from the service of a copy of the Magistrate Judge's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of

the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

## II. DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

## III. CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 10.)

**IT IS FURTHER ORDERED dismissing without prejudice** the Complaint pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 1.)

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this case.

Dated this 19th day of February, 2020.

Honorable Stephen M. McNamee
Senior United States District Judge